COM.

v.

**RICHARD, T.**

**327 WDA 2017**

Superior Court of Pennsylvania.

06/09/2017

CP–65–CR–0003607–1999
(Westmoreland)

Affirmed

COM.

v.

**MCNEIL, I.**

**789 EDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–09–CR–0003970–2015
(Bucks)
Affirmed

COM.

v.

**HOLMES, D.**

**2485 EDA 2015**

Superior Court of Pennsylvania.

06/12/2017

CP–39–CR–0003636–2014 (Lehigh)

Affirmed

COM.

v.

**WHITE, D.**

**1186 EDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–51–CR–0003653–2015 (Philadelphia)

Reversed

COM.

v.

**CINTRON, F.**

**1503 EDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–09–CR–0000249–2015 (Bucks)

Affirmed